Exhibit 1

4/8/2021 2:28 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 52272614
By: Ozuqui Quintanilla
Filed: 4/8/2021 2:28 PM

CAUSE NO. 202068630

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 930086  TR# 73852866

Plaintiff:
DYNAMIC CRM RECRUITING SOLUTIONS LLC
vs.
Defendant:
UMA EDUCATION INC (D/B/A ULTIMATE MEDICAL ACADEM) (A FLORIDA

In The 189th
Judicial District Court of
Harris County, Texas
201 CAROLINE
Houston, Texas

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   UMA EDUCATION INC D/B/A ULTIMATE MEDICAL ACADEMY) (A FLORIDA CORPORATION)
3101 W DR MARTIN LUTHER KING BLVD, TAMPA FL 33607

    Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF

This instrument was filed on October 26, 2020 in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you.  In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit.  These disclosures generally must be made no later than 30 days after you file your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

    This citation was issued on March 23, 2021, under my hand and seal of said court.

Issued at the request of:

MCCLEERY, STEPHEN EDWARD
9545 KATY FREEWAY SUITE 200
HOUSTON, TX  77024
713-622-3555
Bar Number: 00794258

Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO Box 4651, Houston, TX 77210)

Generated By: BRIANNA J. DENMON

## AFFIDAVIT OF SERVICE

State of Texas                    County of Harris                    District Court

Case Number: 202068630

Plaintiff:
**DYNAMIC CRM RECRUITING SOLUTIONS, LLC**

vs.

Defendant:
**UMA EDUCATION, INC. D/B/A ULTIMATE MEDICAL ACADEMY**

For:
Stephen E. McCleery
The McCleery Law Firm
9545 Katy Freeway
Suite 200
Houston, TX 77024

DWS2021022958

Received by Proactive Legal Solutions on the 29th day of March, 2021 at 9:35 am to be served on **UMA Education, Inc. d/b/a Ultimate Medical Academy, 3101 W. Dr. Martin Luther King Blvd., Tampa, FL 33607**.

I, Donald W. Seward, being duly sworn, depose and say that on the **1st day of April, 2021** at **1:00 pm, I:**

**SUBSTITUTE BUSINESS** served by delivering a true copy of the **CITATION (NON-RESIDENT CORPORATE), PLAINTIFF'S ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF** with the date and hour of service endorsed thereon by me, to: **Phillip Burdette** as **Facility Specialist**, a person employed therein and authorized to accept service for **UMA Education, Inc.** at the address of: **3101 W. Dr. Martin Luther King Blvd., Tampa, FL 33607**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Description** of Person Served: Age: 60, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 200, Hair: Bald, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525(2).

State of _Flor, da_        County of _Hillsborough_

Subscribed and Sworn to before me on the 1st day of April, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

Notary Public State of Florida
Loren Gayle Penny
My Commission GG 931288
Expires 11/12/2023

**Donald W. Seward**
Cps #95580900

**Proactive Legal Solutions**
**440 Benmar Drive**
**Suite 3000**
**Houston, TX 77060**
**(832) 209-7760**

Our Job Serial Number: DWS-2021022958
Ref: 2841-1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.0n

CAUSE NO. 202068630

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No. 930086   TR# 73852866

Plaintiff:
DYNAMIC CRM RECRUITING SOLUTIONS LLC
vs.
Defendant:
UMA EDUCATION INC (D/B/A ULTIMATE MEDICAL ACADEM) (A FLORIDA

In The 189th
Judicial District Court of
Harris County, Texas
201 CAROLINE
Houston, Texas

CITATION (NON-RESIDENT CORPORATE)

THE STATE OF TEXAS
County of Harris

To:   UMA EDUCATION INC D/B/A ULTIMATE MEDICAL ACADEMY) (A FLORIDA CORPORATION)
3101 W DR MARTIN LUTHER KING BLVD, TAMPA FL 33607

       Attached is a copy of: PLAINTIFFS ORIGINAL PETITION AND APPLICATION FOR INJUNCTIVE
RELIEF

This instrument was filed on October 26, 2020 in the above cited cause number and court.
The instrument attached describes the claim against you.

       YOU HAVE BEEN SUED.  You may employ an attorney.  If you or your Attorney do not file
a written answer with the District Clerk who issued this citation by 10:00 a.m. on the
Monday next following the expiration date of 20 days after you were served this citation and
petition, a default judgment may be taken against you.  In addition to filing a written
answer with the clerk, you may be required to make initial disclosures to the other parties
of this suit.  These disclosures generally must be made no later than 30 days after you file
your answer with the clerk.  Find out more at TexasLawHelp.org.

TO OFFICER SERVING:

       This citation was issued on March 23, 2021, under my hand and seal of said court.

Issued at the request of:

MCCLEERY, STEPHEN EDWARD
9545 KATY FREEWAY SUITE 200
HOUSTON, TX  77024
713-622-3555
Bar Number: 00794258

Marilyn Burgess
Marilyn Burgess, District Clerk

Harris County, Texas
201 CAROLINE, Houston, TX 77002
(PO  Box  4651,  Houston,  TX
77210)

Generated By: BRIANNA J. DENMON

Tracking Number: 73852866

CAUSE NUMBER: 202068630

PLAINTIFF: DYNAMIC CRM RECRUITING SOLUTIONS LLC                In the 189th

     vs.                                                                              Judicial District Court of

DEFENDANT: UMA EDUCATION INC (D/B/A ULTIMATE MEDICAL ACADEM) (A FLORIDA Harris County, Texas

OFFICER – AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. on the _____ day of _____,
20_____. Executed at

(Address)_____
_____ in

_____ County at o'clock ___. M. On the _____ day of
_____, 20_____, by

Delivering to _____defendant, in person, a true
copy of this Citation together with the accompanying _____ copy(ies) of the Petition.
Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____day of
_____, 20.

Fees $_____

_____
    By_____
        Affiant                                                                        Deputy

On this day, _____, known to me to be the
person whose signature appears on the foregoing return, personally appeared.  After being by
me duly sworn, he/she stated that this citation was executed by him/her in the exact manner
recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____,
20__

_____
                                Notary Public

10/26/2020 12:04 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 47517117
By: Lisa Thomas
Filed: 10/26/2020 6:42 AM

CAUSE NO. _____

| | | |
|---|---|---|
| DYNAMIC CRM RECRUITING SOLUTIONS, LLC | § § § | IN THE DISTRICT COURT |
| **Plaintiff** | § | |
| V. | § § | \_\_\_\_ JUDICIAL DISTRICT |
| UMA EDUCATION, INC. D/B/A ULTIMATE MEDICAL ACADEMY | § § | |
| **Defendant** | § | HARRIS COUNTY, TEXAS |

## PLAINTIFF'S ORGINIAL PETITION AND APPLICATION FOR INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff Dynamic CRM Recruiting Solutions, LLC ("DCRS") files, pursuant to Tex. R. Civ. P. 47, and 78, Plaintiff's Original Petition and Application for Injunctive Relief and, in support thereof, shows as follows:

### I.
### Discovery Control Plan

Plaintiff intends discovery to be conducted, pursuant to Tex. R. Civ. P.190.2, by Rule (Level 2).

### II.
### Monetary Relief Sought

Plaintiff seeks monetary relief over $1,000,000.00 and injunctive relief.

### III.
### Parties

Plaintiff DCRS is a Texas Limited Liability Company with its principle place of business located at 43 Rainey St suite 2007, Austin TX 78701.

Defendant UMA Educational, Inc. d/b/a Ultimate Medical Academy's ("UMA") is a Florida Corporation with its principal place of business located at 3101 W Dr Martin Luther King Jr Blvd., Tampa FL 33607. UMA may be served at its principal place of business.

## VI.
## Jurisdiction and Venue

The Court has jurisdiction over this action and the venue of this action is proper in Harris County, Texas because the amount in controversy is within the minimal jurisdictional limits of the Court and the parties contractually agreed that venue would lie in Harris County, Texas.

## V.
## Factual Background

On 21 June 2019, entered into the Agreement whereby UMA purchased the DCRS Licenses.

In negotiating the terms of the DCRS Licenses, UMA represented to DCRS that it would purchase approximately five hundred (500) to seven hundred (700) DCRS Licenses per year for a period of seven to ten (7-10) years. UMA further represented that UMA would not: 1) decompile, reverse engineer, or otherwise attempt to derive the source code for any Dynamics CRM Recruiting Solutions' Applications without Dynamics CRM Recruiting Solutions expressed written consent; 2) resell or distribute Dynamics CRM Recruiting Solutions' Applications without Dynamics CRM Recruiting Solutions expressed written consent; 3) use

2

Dynamics ATS as a blue print to build your own ATS solution for Dynamics 365 that would circumvent the need for Dynamics ATS licenses for a period of 5 years from the date of the Agreement; and 4) use Dynamics ATS as a blue print to build a competitive ATS solution for Microsoft Dynamics 365.

Based solely on UMA's foregoing representations, DCRS agreed to discount DCRS Licenses to UMA by sixty percent (60%). UMA agreed to purchase two hundred (250) DCRS Licenses for $70/month/user for a period of three (3) years. The DCRS licenses were to be renewed annually. By purchasing the DCRS Licenses, UMA agreed to the terms and conditions of DCRS' End User License Agreement. UMA is still bound by the terms and conditions contained therein.

True to its representations, in October 2019, UMA purchased an additional two hundred forty-five (245) DCRS Licenses.

In May 2020, UMA's new solution architect, Alex Pechenizkiy, requested a detailed list of all DCRS' ATS Solution components and features and a clean install of the ATS Solution into a new Environment. Although a strange request, DCRS agreed to a clean install of the ATS Solution into a new Environment at no additional charge to UMA. In conjunction with the clean install DCRS requested a meeting with UMA to understand the need for a clean install of the ATS Solution into a new Environment.

DCRS met with UMA and  its architect Mr. Pechenizkiy. Therein, DCRS asked UMA's architect to show DCRS his work so it could understand and help to

facilitate   that work. Mr. Pechenizkiy refused. However, he explained that he wanted the clean install into a new Environment because he was going to be spinning up and blowing away instances rapidly as he built on top of the ATS Solution to meet UMA's "go live" and wanted to understand the ATS Solution's IP and feature components better.

Again, this explanation was strange as DCRS had not seen this type of behavior from one of its customers. Typically, this indicates an attempt to rebuild the ATS solution based on DCRS' ATS Solution design, IP and feature set. Of course this is in direct violation of DCRS' End User License Agreement and completely at odds with what UMA specifically represented it would not do.

Against its better judgment but to go above and beyond to help UMA succeed DCRS did yet another clean install of the ATS Solution into yet another Environment for Mr. Pechenizkiy free of charge. DCRS has now performed two (2) more clean installs into new Environments, at no charge, than agreed to in the original fast track sow.  Surprisingly, tongue firmly in cheek, within one (1) whole week after completing the second clean install, UMA removed DCRS access to its Environments. And, of course, the original environments (development, sandbox, testing) DCRS had been working in for the entirety of the Agreement started throwing license errors. Finally, adding insult to injury, UMA sought to cancel the additional two hundred forty-five (245) DCRS Licenses UMA purchased in October. As a most import and significant aside, had DCRS known UMA planned to  use

4

"Dynamics ATS as a blue print to build [its] own ATS solution for Dynamics 365 that would circumvent the need for [DCRS Licenses] [within] a period of five (5) years from the date of the Agreement," DCRS we would have unequivocally insisted UMA purchase a DCRS developers license for a one-time fee of Four Million Five Hundred Thousand and NO/100 Dollars ($4,500,000.00), period, no negotiation.

DCRS views each of the forgoing as a sure sign that the Environment has been blown away and violations of the End User License Agreement have occurred.

## VI.
## Causes of Action

Breach of Agreement/Contract

The foregoing factual paragraphs are incorporated herein in their entirety for all purposes by reference.

UMA's actions constitute a clear breach of the Agreement. As a result of UMA's breaches, DCRS has incurred substantial damages and will continue to incur substantial damages in the future. DCRS demands that UMA compensate DCRS for the damages DCRS incurred as a result of UMA's breach of the Agreement.  Moreover, DCRS demands that UMA immediately cease and desist from further violations of the Agreement and that UMA cease and desist from further unauthorized use of DCRS' IP.

Fraud-Fraudulent Inducement

The foregoing factual paragraphs are incorporated herein in their entirety for all purposes by reference.

UMA's multiple false, misleading and repetitive misrepresentations constitute fraud, per se. Moreover, UMA's misrepresentations induced DCRS into the Agreement with UMA and induced DCRS to share its IP with UMA. As a result of UMA's fraud, DCRS has incurred substantial damages and will continue to incur substantial damages in the future. DCRS demands that UMA compensate DCRS for the damages DCRS incurred as a result of UMA's fraud. Moreover, DCRS demands that UMA immediately cease and desist from any further unauthorized use of DCRS' IP.

*Conversion*

The foregoing factual paragraphs are incorporated herein in their entirety for all purposes by reference.

UMA and Alex Pechenizkiy have converted DCRS' intellectual property to their own use to the detriment of DCRS. As a result of UMA and Mr. Pechenizkiys' conversion of DCRS' intellectual property, DCRS has suffered damages within the minimal jurisdictional limits of the Court. DCRS demands that UMA compensate DCRS for the damages DCRS incurred as a result of UMA's conversion of DCRS' Intellectual property.

*Texas Theft Liability Act / Texas Uniform Trade Secrets Act*

The foregoing factual paragraphs are incorporated herein in their entirety for all purposes by reference.

UMA and Alex Pechenizkiys' unauthorized use and conversion of DCRS'

6

intellectual property constitutes theft and a violation of the Texas Uniform Trade Secrets Act. UMA and Mr. Pechenizkiys' use of DCRS's intellectual property also constitutes a violation of the Texas Uniform Trade Secrets Act. As a result of UMA and Mr. Pechenizkiys' theft of DCRS' intellectual property, DCRS has suffered damages within the minimal jurisdictional limits of the Court.

*Quantum Meruit*

The foregoing factual paragraphs are incorporated herein in their entirety for all purposes by reference.

DCRS provided services and intellectual property to UMA in its efforts to obtain UMA's business. To the extent those services and intellectual property are not provided for in the Agreements, DCRS is entitled to recover from UMA in *quantum meruit*.

*Foreclosure of Materialman & Mechanic's Lien*

The foregoing factual paragraphs are incorporated herein for all purposes in their entirety by reference.

DCRS provided services and intellectual property to UMA for which has a statutory and constitutional lien on UMA's software ATS solution. DCRS seeks to foreclose on its liens and to recover the damages it incurred as a result of UMA's failure to pay for DCRS' services and intellectual property.

## VII.
## Attorneys' Fees

DCRS is also entitled to recover, in addition to valid claims and costs,

7

pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §38.001,  reasonable attorney's fees from UMA.

DCRS has retained the undersigned attorney to prosecute their claims against UMA `and asks the Court to award reasonable and necessary attorneys' fees as may be proved at trial.

Moreover, DCRS is entitled to recover  attorney's fees, pursuant to TEX. CIV. PRAC. & REM. CODE ANN. §134.005(b) & §134A.005, from UMA.

## VIII.
## Exemplary Damages/Statutory Damages

Due to UMA's fraudulent conduct, bad faith conversion, theft, and malicious violation of the Texas Trade Secrets Act, DCRS is entitled to recover exemplary and statutory damages from UMA.

## IX.
## Application for Injunctive Relief

As a result of UMA and Mr. Pechenizkiys' conduct and Violation of the Texas Trade Secrets Act and theft and/or unauthorized use and dissemination of DCRS' intellectual property, DCRS is suffering irreparable injury and will continue to suffer irreparable injury if UMA, its servants, agents, partners, officers and employees, including Alex Pechenizkiy, are not enjoined from using or improperly disseminating DCRS' intellectual property. DCRS has a strong probability of prevailing on its claims against UMA. Due to the continuing nature of the damages and the extreme difficulty in attempting to quantify the damages in monetary

8

terms, DCRS has no adequate remedy at law. Therefore, DCRS respectfully requests that UMA, its servants, agents, partners, officers and employees, including Alex Pechenizkiy, be temporarily enjoined from further use of or dissemination of DCRS' intellectual property and upon a trial on the merits that DCRS be permanently enjoined from same.

## X.
### Conditions Precedent

Plaintiff avers that all conditions precedent have occurred or been met by Plaintiff.

## XI.
### Jury Demand

Plaintiff demands a trial by jury.

WHEREFORE, PPREMISES, CONSIDERED, Plaintiff Dynamic CRM Solutions, LLC respectfully requests that Defendant UMA Education, LLC d/b/a Ultimate Medical Academy be cited to appear and answer the allegations contained herein and that, upon a trial on the merits, the Court enter an order whereby Plaintiff recovers from Defendant the full value of Plaintiff's damages incurred as a result of Defendant's Breach of Contract, Conversion, Fraud/Fraudulent Inducement, Theft, Violations of the Texas Trade Secrets Acts, Civil Conspiracy, and through *quantum meruit*, and to foreclose on its statutory and constitutional liens, plus prejudgment interest, post judgment interest at the maximum rate allowed by law, exemplary damages, statutory damages along with Plaintiff's costs,

including reasonable and necessary attorneys' fees, incurred in pursuing this matter against Defendant, a temporary and permanent injunction enjoining UMA, its servants, agents, partners, officers and employees, including Alex Pechenizkiy, from using or disseminating DCRS' intellectual property and granting such other and further relief to which Plaintiff Dynamic CRM Solutions, LLC may be entitled in law or in equity.

Respectfully Submitted,
THE MCCLEERY LAW FIRM

By: //S//STEPHEN E. MCCLEERY
Stephen E. McCleery
State Bar of Texas No. 00794258
Federal I.D. 21007
2121 Gostic
Houston, Texas 77008
Telephone    713/622-3555
Facsimile    713/224-8555

ATTORNEY FOR
PLAINTIFF DYNAMIC CRM RECRUITING
SOLUTIONS, LLC

10